IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**PATRICK MICHAEL IAN FINNEGAN**                          **PLAINTIFF**

**V.**                    **CASE NO. 3:21-CV-3080**

**KEITH LEOPOLD**                                                      **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R) (Doc. 52) filed in this case on June 2, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Plaintiff was given a deadline of April 17, 2023, to file a completed *in forma pauperis* form or pay a filing fee. He failed to comply with the order, and he failed to respond to an order to show cause issued by the Court on April 20. Next, Defendant filed a Motion to Dismiss (Doc. 50) on May 17, and Plaintiff never responded to the Motion. The Magistrate Judge now recommends dismissing the case for failure to prosecute and obey court orders. Objections to the Report and Recommendation were due on June 20.

On June 12, Plaintiff moved for an extension of time to submit his *in forma pauperis* form and respond to the Motion to Dismiss. Magistrate Judge Ford denied that specific relief but granted Plaintiff an extension of time to file objections to the R&R. The new deadline to file objections was June 28. That deadline has now passed, and Plaintiff failed to file objections.

The Court has reviewed the R&R and finds it proper. It is therefore **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the R&R, the case is

1

**DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 29th day of June, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE